**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Attorneys for Plaintiff Guiseppe Rabasca*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAREN SURI, Derivatively on Behalf of C3.AI, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS M. SIEBEL, PATRICIA A. HOUSE, CONDOLEEZZA RICE, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, S. SHANKAR SASTRY, BRUCE SEWELL, LISA A. DAVIS, JIM H. SNABE, AND STEPHEN M. WARD, JR., <br><br> Defendants, <br> and <br><br> C3.AI, INC., <br><br> Nominal Defendant. | Case No. 4:22-cv-3031-HSG <br><br> **STIPULATION AND ORDER AS MODIFIED CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL** <br><br> JUDGE: Hon. Haywood S. Gilliam <br> CTRM: 2 – 4th Floor |

[Caption continued on following page]

| | |
|---|---|
| GIUSEPPE RABASCA, Derivatively on Behalf of Nominal Defendant C3.AI, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS M. SIEBEL, PATRICIA A. HOUSE, CONDOLEEZZA RICE, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, S. SHANKAR SASTRY, BRUCE SEWELL, LISA A. DAVIS, JIM H. SNABE, AND STEPHEN M. WARD, JR., <br><br> Defendants, <br><br> and <br><br> C3.AI, INC., <br><br> Nominal Defendant. | Case No. 4:23-cv-01566-HSG |
| BAONGOC T. VO, Derivatively on Behalf of C3.AI, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS M. SIEBEL, PATRICIA A. HOUSE, LISA A. DAVIS, RICHARD LEVIN, MICHAEL G. MCCAFFERY, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, JIM H. SNABE, STEPHEN M. WARD JR., EDWARD Y. ABBO, DAVID BARTER, HOUMAN BEHZADI, BRUCE CLEVELAND, AND BRADY MICKELSEN, <br><br> Defendants, <br><br> and, <br><br> C3.AI, INC., <br><br> Nominal Defendant. | Civil Action No: 3:23-cv-03895-HSG |

Plaintiffs Naren Suri and Giuseppe Rabasca ("Plaintiffs"), derivatively on behalf of C3.ai, Inc. ("C3" or the "Company"), and Defendants Thomas M. Siebel, Patricia A. House, Condoleezza Rice, Richard C. Levin, Michael G. McCaffery, S. Shankar Sastry, Bruce Sewell, Lisa A. Davis, Jim H. Snabe, and Stephen M. Ward, Jr., (together with C3, "Defendants" and collectively with Plaintiffs, the "Parties") jointly submit this stipulation ("Consolidation Stipulation") to consolidate the above-captioned related derivative actions and appoint co-lead counsel for plaintiffs, and in support thereof state as follows:

   WHEREAS, the shareholder derivative action *Suri v. Siebel, et al.*, Case No.: 4:22-cv-03031-HSG (the "*Suri* Action"), was filed in this Court against Defendants on May 23, 2022, and assigned to the Honorable Haywood S. Gilliam;

   WHEREAS, a Stipulation and Order to Stay Derivative Action was entered in the *Suri* Action on September 7, 2022 (Dkt. No. 20) (the "Stay Order");

   WHEREAS, the shareholder derivative action *Rabasca v. Siebel, et al.*, Case No.: 4:23-cv-01566 ("*Rabasca* Action") was filed in this Court against Defendants on April 23, 2023, and assigned to the Honorable Alex G. Tse;

   WHEREAS, on May 9, 2023, the Court issued an Order reassigning the *Rabasca* Action to the Honorable Haywood S. Gilliam;

   WHEREAS, the shareholder derivative action *Vo v. Siebel, et al.*, Case No.: Case 3:23-cv-03895-JSC ("*Vo* Action") was filed in the District Court of Delaware against Defendants on April 19, 2023;

   WHEREAS, on August 3, 2023, the *Vo* Action was transferred to this Court and assigned to the Honorable Jacqueline Scott Corley;

   WHEREAS, on September 26, 2023, the Court issued an Order reassigning the *Vo* Action to the Honorable Haywood S. Gilliam;

   WHEREAS, the *Suri* Action, *Rabasca* Action and *Vo* Action are herein referred to as the "Related Derivative Actions".

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Related Derivative Actions challenge substantially the same alleged conduct by the same Company directors and executive officers, and involve substantially the same questions of law and fact;

WHEREAS, the Parties respectfully submit that consolidation of the Related Derivative Actions is appropriate, and that they should be consolidated for all purposes, including pre-trial proceedings and any trial, to avoid potential duplication, and to prevent waste of the Court's and the Parties' resources;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that the law firms Gainey, McKenna & Egleston and Rigrodsky Law, P.A., the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated action;

WHEREAS, Defendants take no position on the appointment of Co-Lead Counsel;

WHEREFORE, pursuant to Civil L.R. 7-12, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. Defendants accept service of the complaints in the Related Derivative Actions to the extent that service has not yet been perfected on any Defendant.

2. The following actions are hereby consolidated for all purposes, including pre-trial proceedings, trial, and appeal, under Case No: 4:22-cv-03031-HSG (hereinafter, the "Consolidated Action"):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Suri v. Siebel, et al.* | 4:22-cv-03031-HSG | May 23, 2022 |
| *Vo v. Seibel, et al.* | 3:23-cv-3895-HSG | April 19, 2023 |
| *Rabasca v. Siebel, et al.* | 4:23-cv-01566-HSG | April 23, 2023 |

3. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE C3.AI, INC. DERIVATIVE LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Lead Case No. 4:22-cv-03031-HSG |

4. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 4:22-cv-03031-HSG.

5. Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
tjmckenna@gme-law.com
gegleston@gme-law.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rl-legal.com

6. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial

proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

8. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs in the Consolidated Action.

9. This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or events as the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re C3.ai, Inc. Derivative Litigation*, Lead Case No. 4:22-cv-03031-HSG, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re C3.ai, Inc. Derivative Litigation*, Lead Case No. 4:22-cv-03031-HSG, and counsel to the Parties are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court.

10. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Action, including the Stay Order entered in the *Suri* Action on September 7, 2022.

11. The Consolidated Action shall, therefore, be stayed subject to the same terms and conditions set forth in the Stay Order. The application of all of the provisions of the Stay Order to the Consolidated Action is a precondition to Defendants' consent to the terms of this stipulation.

12. This Consolidation Stipulation is without waiver or prejudice to all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to

STIPULATION AND ORDER AS MODIFIED CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL
CASE NOS. 4:22-cv-3031-HSG, 4:23-cv-01566-HSG
-4-

1  the Parties in the Related Derivative Actions.

2  **IT IS SO STIPULATED.**

3  DATED: December 1, 2023         **MAGNANIMO DEAN LAW, APC**

4                                  */s/ Lauren A. Dean*
                                    Lauren A. Dean, Esq. (SBN 174722)
5                                   5850 Canoga Avenue, Suite 400
                                    Woodland Hills, CA 91367
6                                   Tel: (818) 305-3450
                                    lauren@magdeanlaw.com
7

8                                   Thomas J. McKenna
                                    Gregory M. Egleston
9                                   **GAINEY McKENNA & EGLESTON**
                                    501 Fifth Avenue, 19th Fl.
10                                  New York, NY 10017
                                    Tel: (212) 983-1300
11                                  Fax: (212) 983-0383
                                    tjmckenna@gme-law.com
12                                  egleston@gme-law.com

13
                                    *Attorneys for Plaintiff Naren Suri*
14
    DATED: December 1, 2023         **WOLF HALDENSTEIN ADLER**
15                                  **   FREEMAN & HERZ LLP**

16                                  */s/ Betsy C. Manifold*
                                    Betsy C. Manifold (182450)
17                                  Rachele R. Byrd (190634)
                                    Alex J. Tramontano (276666)
18                                  Ferdeza Zekiri (335507)
                                    750 B Street, Suite 1820
19                                  San Diego, CA 92101
                                    Telephone: (619) 239-4599
20                                  Facsimile: (619) 234-4599
                                    manifold@whafh.com
21                                  byrd@whafh.com
                                    tramontano@whafh.com
22                                  zekiri@whafh.com

23                                  Timothy J. MacFall (*admitted pro hac vice*)
                                    **RIGRODSKY LAW, P.A.**
24                                  825 East Gate Boulevard, Suite 300
                                    Garden City, NY 11530
25                                  Tel.: (516) 683-3516
                                    tjm@rl-legal.com
26
                                    *Attorneys for Plaintiff Giusseppe Rabasca*
27

28

---

STIPULATION AND ORDER AS MODIFIED CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL
CASE NOS. 4:22-cv-3031-HSG, 4:23-cv-01566-HSG

-5-

DATED: December 1, 2023

**QUINN EMANUEL URQUHART  
  SULLIVAN LLP**

*/s/ Harry Arthur Olivar, Jr.*
Harry Arthur Olivar, Jr.
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: 213-443-3000
harryolivar@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice forthcoming*)
Jacob J Waldman (*admitted pro hac vice*)
**QUINN EMANUEL URQUHART  
  SULLIVAN LLP**
51 Madison Avenue
Ste 22nd Floor
New York, NY 10010
Telephone: 212-849-7173
Fax: 212-849-7100
jacobwaldman@quinnemanuel.com

*Attorneys for Defendants*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), all signatories concur in filing this stipulation.

DATED: December 1, 2023

*/s/ Lauren A. Dean*
Lauren A. Dean

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The earlier-filed civil action, Case No. 4:22-cv-3031-HSG, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil actions, Case Nos. 4:23-cv-1566-HSG and 4:23-cv-3895-HSG.

DATED: 12/21/2023

The Honorable Haywood S. Gilliam, Jr.
United States District Judge