Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile:  (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LANFAIR, derivatively on behalf of C3.AI, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS M. SIEBEL, EDWARD Y. ABBO, DAVID BARTER, LORENZO SIMONELLI, PATRICIA A. HOUSE, RICHARD LEVIN, MICHAEL G. MCCAFFERY, S. SHANKAR SASTRY, BRUCE SEWELL, JIM H. SNABE, STEPHEN M. WARD JR., HOUMAN BEHZADI, BRUCE CLEVELAND, and BRADY MICKELSEN, <br><br> Defendants, <br><br> and <br><br> C3.AI, INC., et al., <br><br> Nominal Defendant. | Case No. 4:24-cv-01869-YGR <br><br> **STIPULATION AND ORDER TO CONSOLIDATE AND STAY DERIVATIVE ACTION (as modified)** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. <br> Courtroom:   2, 4th Floor |

Plaintiff Justin Lanfair ("Plaintiff"), derivatively on behalf of C3.ai, Inc. ("C3 AI" or the "Company"), and Defendants Thomas M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, Patricia A. House, Richard Levin, Michael G. McCaffery, S. Shankar Sastry, Bruce Sewell, Jim H. Snabe, Stephen M. Ward, Jr., Houman Behzadi, Bruce Cleveland, and Brady Mickelsen, (together with C3, "Defendants" and collectively with Plaintiff, the "Parties") jointly submit this Stipulation to Stay Derivative Action ("Stipulation"), and in support thereof state as follows:

WHEREAS, the shareholder derivative actions *Suri v. Siebel, et al.*, Case No.: 4:22-cv-03031-HSG ("*Suri* Action"), *Rabasca v. Siebel, et al.*, Case No.: 4:23-cv-01566 ("*Rabasca* Action") and *Vo v. Siebel, et al.*, Case No.: Case 3:23-cv-03895-JSC ("*Vo* Action") were filed in this Court (*Suri*, *Rabasca*) or transferred to this Court (*Vo*), and assigned to the Honorable Haywood S. Gilliam, Jr.;

WHEREAS, on December 21, 2023, the Court issued an Order consolidating the *Suri*, *Rabasca*, and *Vo* Actions (the "Consolidation Order") under the title *In re C3.AI, Inc. Derivative Litigation*, 4:22-cv-03031-HSG (N.D. Cal.) (the "Consolidated Action");

WHEREAS, on March 26, 2024, Plaintiff filed the above-captioned action;

WHEREAS, on June 25, 2024, this Court granted Plaintiff's unopposed motion to relate this action to the Consolidated Action;

WHEREAS, on June 26, 2024, this Court Ordered the parties to this action "to file by July 2, 2024 either a stipulation to stay the case consistent with the stipulation granted in the stayed derivative action to which this case has been related . . . or a notice explaining why a stay is not warranted in this case," ECF No. 16;

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. This action is consolidated with the Consolidated Action on all of the same terms and conditions set forth in the Stipulation and Order as Modified Consolidating Related Shareholder Derivative Actions and Appointing Co-Lead Counsel entered in the Consolidated Action (ECF No. 29) ("Consolidation Order"), including terms that stay the Consolidated Action, as though the terms of the Consolidation Order were fully set forth in this Stipulation.

2. This Order shall remain in effect until further order of this Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: June 28, 2024 | Respectfully submitted, |
| | THE BROWN LAW FIRM, P.C. |
| | By: */s/ Robert C. Moest* |
| | Robert C. Moest (SBN 62166) |
| | 2530 Wilshire Boulevard, Second Floor |
| | Santa Monica, California 90403 |
| | Telephone: (310) 915-6628 |
| | Facsimile: (310) 915-9897 |
| | Email: RMoest@aol.com |
| | *Counsel for Plaintiff* |
| DATED: June 28, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ Harry A. Olivar, Jr.* |
| | Harry A. Olivar, Jr. |
| | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| | (213) 443-3000 |
| | harryolivar@quinnemanuel.com |
| | David Edward Myre, III (SBN 304600) |
| | 555 Twin Dolphin Dr., 5th Floor |
| | Redwood Shores, CA 94065 |
| | (650) 801-5000 |
| | davidmyre@quinnemanuel.com |
| | *Counsel for C3.ai, Inc.* |
| DATED: June 28, 2024 | SIDLEY AUSTIN LLP |
| | By: */s/ Sarah A. Hemmendinger* |
| | Sara B. Brody (SBN 130222) |
| | Sarah A. Hemmendinger (SBN 298659) |
| | 555 California Street, Suite 2000 |
| | San Francisco, CA 94104 |

Telephone: (415) 772-1200
sbrody@sidley.com
shemmendinger@sidley.com

*Counsel for Defendant Lorenzo Simonelli*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.** The clerk is directed to e-file a copy of this order in case no. 4:22-cv-3031-HSG. The earlier-filed civil action, case no. 4:22-cv-3031-HSG, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil actions, case no. 4:24-cv-1869-HSG.

Dated:     7/1/2024

**HON. HAYWOOD S. GILLIAM, Jr.**
**UNITED STATES DISTRICT JUDGE**